AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>RALPH JUSTIN P. SAUNDERS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     20- 582<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    March 17, 2020    in the county of    Allegheny    in the
   Western    District of    Pennsylvania   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(vi) | Possession with Intent to Distribute 40 Grams or More of Fentanyl, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

SA John Balish
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    03/18/2020

*Judge's signature*

City and state:    Pittsburgh, Pennsylvania      Honorable Patricia L. Dodge, U.S. Magistrate Judge
*Printed name and title*